IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. SUDESHNA CHATTERJEE-PAER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2096 |
| | : | |
| ABINGTON MEMORIAL HOSPITAL | : | |

**<u>AMENDED ORDER</u>**

AND NOW, this 18th day of January, 2024, it is ORDERED the schedule in the above-captioned matter is AMENDED as follows:

- Discovery deadline is April 8, 2024;

- Plaintiff's expert report is due April 22, 2024;

- Defendant's expert report is due April 29, 2024; [1]

- Dispositive motions are due May 10, 2024;

- Responses to dispositive motions are due May 24, 2024;

- A teleconference to discuss settlement shall take place on June 6, 2024, at 11:00 a.m.;

- Motions in limine are due June 13, 2024;

- Responses to motions in limine are due June 27, 2024;

- Plaintiff's pre-trial memorandum is due July 2, 2024;

- Defendant's pre-trial memorandum is due July 2, 2024;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due July 2, 2024;

- Final pre-trial conference shall be held on July 9, 2024, at 9:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

---

[1] Expert reports to be exchanged before depositions.

- This matter is in the July 15, 2024, trial pool.

- Parties are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.